IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BART ALAN BARTHOLOMEW,

    Plaintiff,

v.

VERONIKA BARON and
STEPHANIE MARQUARDT,

    Defendants.

ORDER

Case No. 18-cv-08-wmc

---

BART ALAN BARTHOLOMEW,

    Plaintiff,

v.

ELAN FINANCIAL SERVICES and
ASSOCIATED BANK CORPORATION,

    Defendants.

ORDER

Case No. 18-cv-09-wmc

---

BART ALAN BARTHOLOMEW,

    Plaintiff,

v.

CHRYSLER CAPITAL,

    Defendant.

ORDER

Case No. 18-cv-10-wmc

---

Plaintiff Bart Alan Bartholomew has filed three proposed civil complaints. Plaintiff seeks to commence these lawsuits without prepayment of the filing fees pursuant to 28 U.S.C. § 1915.

From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing this action or to give security therefor.

# ORDER

IT IS ORDERED that:

1. Plaintiff Bart Alan Bartholomew's petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in these cases until the court has screened the complaints pursuant to 28 U.S.C. § 1915 to determine whether a case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 8th day of January 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge